NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SRAM, LLC,**

*Plaintiff-Appellant*

v.

**PRINCETON CARBON WORKS, INC.,**

*Defendant-Appellee*

---

2023-1740

---

Appeal from the United States District Court for the Southern District of Florida in No. 9:21-cv-80581-RKA, Judge Roy K. Altman.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                SRAM, LLC v. Princeton Carbon Works, Inc.

(2)  Each side shall bear their own costs.

FOR THE COURT

<u>January 5, 2026</u>
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 5, 2026